714 A.2d 893

ADMIRAL MORTGAGE, INC.

v.

Calvin COOPER.

No. 80, Sept. Term, 1998.

Court of Appeals of Maryland.

Aug. 6, 1998.

Glenn E. Bushel, Baltimore, for Petitioner.

Samuel Blibaum, Towson, for Respondent.

Submitted to BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, RAKER, WILNER and CATHELL, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for a writ of certiorari in the above case and the Court having concluded that the appeal is timely, it is this 6th day of August, 1998,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, reversed, and the case is remanded to the Court of Special Appeals to consider the merits of the appeal.